IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01798-RPM

CALEB STOLL and
JESSICA STOLL,

    Plaintiffs,

v.

CHRISTIAN WORLD ADOPTION and
CHRISTIAN WORLD ADOPTION FOUNDATION, INC.,

    Defendants.

---

ORDER DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS AND VACATE SCHEDULING CONFERENCE

---

    Upon consideration of Defendants' Motion to Stay Proceedings and Vacate Scheduling Conference [16], filed on November 14, 2008, it is

    ORDERED that the motion is denied.

    Dated: November 14th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge