IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             December 4, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki
_____

Civil Action No. 08-cv-01798-RPM

| | |
|---|---|
| CALEB STOLL and | Jonathan M. Sirkis |
| JESSICA STOLL, | Judd Golden |
| Plaintiffs, | |
| v. | |
| CHRISTIAN WORLD ADOPTION and | Marni L. Nathan-Kloster |
| CHRISTIAN WORLD ADOPTION FOUNDATION, INC., | J. Andrew Nathan |
| both as foreign non profit organizations. | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:35 p.m.      Court in session.**

Discussion regarding case facts.

Mr. Sirkis states the issue concerning arbitration is the validity of the exculpatory clause.

Court instructs defendants' counsel to obtain a detailed account of what happened with the adoption process.

**ORDERED:   Plaintiffs' Motion for Leave of Court to Amend the Complaint, filed November 3, 2008 [15], is granted.
Plaintiff will file an amended complaint and defendants will file their response.**

Counsel agree to confer regarding developing a global resolution process for arbitration.

**2:58 p.m.      Court in recess.**

Hearing concluded.  Total time: 23 min.