**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              June 1, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-01798-RPM

| | |
|---|---|
| CALEB STOLL and<br>JESSICA STOLL, | Jonathan M. Sirkis |
| Plaintiffs, | |
| v. | |
| CHRISTIAN WORLD ADOPTION and<br>CHRISTIAN WORLD ADOPTION FOUNDATION, INC.,<br>both as foreign non profit organizations. | Marni L. Nathan-Kloster<br>J. Andrew Nathan |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion to Compel Arbitration**

**1:58 p.m.      Court in session.**

Court's preliminary remarks.

1:59 p.m.       Mr. Nathan answers questions asked by the Court.

Argument by Mr. Nathan.

2:04 p.m.       Argument by Mr. Sirkis.
2:23 p.m.       Rebuttal argument by Mr. Nathan.

**ORDERED:    Defendants' Motion to Compel Arbitration, filed November 14, 2008 [19], is denied. Arbitration provision in the contract is not viable.
Counsel to submit an agreed scheduling by June 22, 2009.**

**2:25 p.m.      Court in recess.**

Hearing concluded. Total time: 27 min.