IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 08-CV-01798-RPM-MEH

CALEB STOLL AND JESSICA STOLL,

    Plaintiffs,

v.

CHRISTIAN WORLD ADOPTION, a foreign non-profit corporation, and
CHRISTIAN WORLD ADOPTION FOUNDATION, INC., a foreign non-profit corporation,

    Defendants.

---

## ORDER
---

THIS MATTER comes before the Court on the parties Stipulated Motion to Stay Proceedings and Vacate Deadline for Filing Revised Scheduling Order and the Court being advised in the premises,

ORDERS that all proceedings in this Court are hereby stayed pending resolution of the Defendants' interlocutory appeal and that the June 22, 2009 deadline for filing a revised Scheduling Order is hereby vacated.

DATED this 19th day of June, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch,
                              Senior District Judge