IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01798-RPM

CALEB STOLL and
JESSICA STOLL,

    Plaintiffs,

v.

CHRISTIAN WORLD ADOPTION and
CHRISTIAN WORLD ADOPTION FOUNDATION, INC.,

    Defendants.

---

## ORDER FOR DISMISSAL
---

Upon consideration of the Parties' Stipulated Dismissal [46], it is;

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED: March 17th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge